AO 106 (oucB) (4/10) Affidavit for Search Warrant — AUSA Saqib M. Hussain, (312) 353-1414

**FILED**
**9/16/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:         Case No. 25 M 558

the United States Mail package bearing tracking number 9505 5131 2378 5251 5781 09, further described in Attachment A

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Kevin Hegi, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

_Applicant's Signature_

KEVIN HEGI, Postal Inspector
U.S. Postal Inspection Service
_Printed name and title_

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: September 16, 2025

_Judge's signature_

City and State: Chicago, Illinois        KERI L. HOLLEB HOTALING, U.S. Magistrate Judge

_Printed name and title_

UNITED STATES DISTRICT COURT    )
    )
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, Kevin Hegi, being duly sworn, state as follows:

1. I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately February 2017.

2. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations of federal laws relating to the mails and to controlled substances.

3. This affidavit is made in support of an application for a warrant to search the United States Mail Parcel with Tracking Number 9505 5131 2378 5251 5781 09, described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

I.     **FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL**

5. On September 10, 2025, law enforcement inspected the **Subject Parcel** at the USPS Chicago Local Processing Center in Chicago, Illinois. The **Subject Parcel** was first scanned by the United States Postal Service on September 8, 2025, in San Francisco, California 94110, and is addressed to "Josh L, 918 W School st, Unit 412, Chicago IL 60657," with return information of "Joe Mile, 1034 Natoma st, San Francisco CA 94103." According to law enforcement observations, the **Subject Parcel** bears $11.70 in postage, measures approximately 5 inches by 9 inches by 2 inches, and weighs approximately 7 ounces.

6. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7. First, according to a review of USPS business records, since in and around June 2025, eight additional parcels were identified as mailed from San Francisco, California and destined to same address (918 West School Street, Unit 412, Chicago, Illinois60657) listed on the **Subject Parcel**. The postage for each of the additional parcels was also paid for in cash. Several of the parcels utilized different sender names and addresses from those listed on **the Subject Parcel**. According to a review of a law enforcement database, several of the additional parcels listed sender names which did not associate with the respective sender addresses.

2

Based on my training and experience, the use of varying fictitious senders can indicate the sender(s) does not want to be associated with the parcel.

8. I also ran the sender name and address on the **Subject Parcel** through a law enforcement database. According to a review of a law enforcement database, the listed sender name, "Joe Mile," does not associate with the respective listed sender address. Based on my training and experience, the use of a fictitious name can indicate the sender(s) does not want to be associated with the parcel.

9. The **Subject Parcel** was paid for in cash. Based on my training and experience, I am aware cash payments are more difficult to be traced back to the individual who made the payment. I am further aware drug traffickers will sometimes use cash payment to avoid association with the parcel, should the parcel be seized, searched, and found to contain narcotics and/or illegal contraband.

10. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

11. On September 12, 2025, I arranged for a Rolling Meadows Police Department Canine Officer and his canine partner, "Scar," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Scar is certified annually by Illinois Law Enforcement Training and Standards Board as a narcotics dog. Scar was most recently re-certified on October 4, 2024. Scar is trained to sniff

3

buildings, vehicles, envelopes, and wrapped parcels to detect the odors of marijuana, cocaine, heroin, methamphetamine, and other controlled substances that could be contained inside. Scar is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing.

12. In addition, according to USPIS records, Scar has successfully alerted to controlled substances and other items believed to have been in contact with controlled substances, including United States currency, paraphernalia, and packaging, further described in Attachment B, in U.S. Mail Parcels and letters on 56 occasions since October 4, 2024, with a success rate of approximately 91%. To the best of my knowledge, Rolling Meadows Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

13. On September 12, 2025, at the Rolling Meadows Police Department in Rolling Meadows, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 8 other parcels in an office area. I then witnessed Scar examine the parcels and observed Scar sit and lie down next to the **Subject Parcel**. Scar did not alert to any of the other parcels. The Canine Officer informed me that Scar's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

14. Additionally, based on my training and experience: (i) individuals who engage in the trafficking of illegal controlled substances often exchange cash through

4

the mail; (ii) money that is handled by individuals who also handle drugs or is in the vicinity of drugs can retain the scent of drugs, which dogs can smell; and (iii) in other such cases, narcotics dogs have alerted to a package that has contained money.

## II. CONCLUSION

15. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the Subject Parcel, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Kevin Hegi
Postal Inspector
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 16th day of September, 2025

_____
Honorable KERI L. HOLLEB HOTALING
United States Magistrate Judge

5

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

The **Subject Parcel** is a United States Priority Mail Parcel with Tracking Number 9505 5131 2378 5251 5781 09 that was mailed on September 8, 2025 from San Francisco, California 94110 and is addressed to "Josh L, 918 W School st, Unit 412, Chicago IL 60657" with return information of "Joe Mile, 1034 Natoma st, San Francisco CA 94103." The **Subject Parcel** bears $11.70 in postage, measures approximately 8.6875 inches by 5.4375 inches by 1.75 inches, and weighs approximately 7 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.