AO 93 (Rev. 11/13) Search and Seizure Warrant

AUSA Saqib M. Hussain, (312) 353-1414

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

Case No. 25 M 558

the United States Mail package bearing tracking
number 9505 5131 2378 5251 5781 09, further
described in Attachment A

## SEARCH AND SEIZURE WARRANT

To: Kevin Hegi and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of

the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person

or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>September 30, 2025</u> in the daytime
(6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate
Judge.

Date and time issued: <u>September 16, 2025</u>  at 3:29 pm

_____
*Judge's signature*

City and State: <u>Chicago, Illinois</u>

KERI L. HOLLEB HOTALING, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The **Subject Parcel** is a United States Priority Mail Parcel with Tracking Number 9505 5131 2378 5251 5781 09 that was mailed on September 8, 2025 from San Francisco, California 94110 and is addressed to "Josh L, 918 W School st, Unit 412, Chicago IL 60657" with return information of "Joe Mile, 1034 Natoma st, San Francisco CA 94103." The **Subject Parcel** bears $11.70 in postage, measures approximately 8.6875 inches by 5.4375 inches by 1.75 inches, and weighs approximately 7 ounces.

**ATTACHMENT B**

**LIST OF ITEMS TO BE SEIZED**

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1.     Controlled substances;

2.     Packaging for controlled substances;

3.     United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4.     Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5.     Items that identify the sender or intended recipient of the **Subject Parcel**.